IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QCP INVESTORS, LLC, QCP INVESTORS II, LLC and QUAD-C MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. KOHLER, JR., GARY ANKERFELT, EMIL MAROTZKE and ROBERT LARKIN, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. _____ |

## PLAINTIFF'S RULE 7.1 STATEMENT

Plaintiff QUAD-C Management, Inc. states that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL

_/s/_____
R. Judson Scaggs, Jr. (#2676)
William M. Lafferty (#2755)
Jerry C. Harris, Jr. (#4262)
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
   Attorneys for Plaintiffs

OF COUNSEL:

Glenn M. Kurtz
Robert E. Tiedemann
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200

July 27, 2005

476127