# United States District Court

DISTRICT OF **DELAWARE**

QCP Investors, LLC; QCP Investors II, LLC;
and QUAD-C Management, Inc.,

        Plaintiffs,

v.

Arthur J. Kohler, Jr.; Gary Ankerfelt; Emil
Marotzke and Robert Larkin,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 - 542

TO:   Arthur J. Kohler, Jr.
       c/o Secretary of State of the State of Delaware
       Townsend Building
       Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEYS

       R. Judson Scaggs, Jr. (#2676)
       William M. Lafferty (#2755)
       Jerry C. Harris, Jr. (#4262)
       Morris, Nichols, Arsht & Tunnell
       1201 N. Market Street
       Wilmington, DE 198801

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_Evette Wala_ (signature)

BY DEPUTY CLERK

JUL 2 7 2005

DATE

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 7/28/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| GRANVILLE MORRIS | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: ARTHUR J. KOHLER, JR. C/O THE DELAWARE SECRETARY OF STATE TOWNSEND BLDG. DOVER, DE COPIES THEREOF WERE ACCEPTED BY MARTINA MARTIN

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/28/05
           Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.