IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that, on October 18, 2005, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

    R. Judson Scaggs, Jr., Esquire
    William J. Lafferty, Esquire
    Jerry C. Harris, Esquire
    Morris Nichols Arsht & Tunnell
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347

/s/ John E. James
Gregory A. Inskip (ID No. 270)
John E. James (ID No. 996)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
ginskip@potteranderson.com
jjames@potteranderson.com

pac:702778 / 29380