# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jerry C. Harris, Jr.
302 575 7289
302 498 6204 Fax
jharris@mnat.com

November 22, 2005

<u>VIA ELECTRONIC FILING</u>

The Honorable Kent A. Jordan
United States District Judge
United States District Court for the District of Delaware
844 King Street
U.S. Courthouse
Wilmington, Delaware 19801

    Re:    QCP Inventors, LLC et al. v. Arthur J. Kohler Jr., et al.
            Civil Action No. 05-542-KAJ

Dear Judge Jordan:

    We represent the Plaintiffs in the above-referenced action. Enclosed please find a form of Scheduling Order which has been agreed to by counsel for all parties in this action. Please note that in paragraph 1 the parties have agreed to make initial disclosures by December 21, 2005. In addition, in paragraph 9 the parties have proposed an extended briefing schedule on dispositive motions. We hope that these proposals are satisfactory to Your Honor. Both counsel will be available to discuss this form of Scheduling Order, and other matters, during the telephone conference scheduled for November 28, 2005 at 2 p.m.

                                  Respectfully submitted,

                                  Jerry C. Harris, Jr. (#4262)

Attachment

cc:    Clerk of Court (by e-filing w/attachment)
       John E. James, Esq. (by e-filing w/attachment)
         Potter Anderson & Corroon LLP