# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

William M. Lafferty
302 575 7341
302 425 4679 Fax
wlafferty@mnat.com

November 28, 2005

**VIA E-FILING**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

      Re:    *QCP Investors, LLC, et al. v. Kohler, et al.*, C.A. No. 05-542 KAJ

Dear Judge Jordan:

      Pursuant to Your Honor's request during the scheduling conference earlier today, enclosed is a copy of the Scheduling Order as revised pursuant to Your Honor's instructions. The revised form of Scheduling Order has been approved in form by Mr. James, counsel for the defendants. If Your Honor has any further questions, counsel for the parties will make themselves available at the convenience of the Court to address them.

      Respectfully,

      William M. Lafferty (#2755)

cc:    Clerk, U.S. District Court
      John E. James, Esquire
      Robert E. Tiedemann, Esquire