**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QCP INVESTORS, LLC, QCP INVESTORS II, LLC, and QUAD-C MANAGEMENT, INC., | ) ) ) |
| Plaintiffs, | ) |
| v. | ) |
|  | ) Civil Action No. 05-542 (KAJ) |
| ARTHUR J. KOHLER, JR., GARY ANKERFELT, EMIL MAROTZKE, and ROBERT LARKIN, | ) ) ) |
|  | ) |
| Defendants and Counterclaim Plaintiffs, | ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on December 21, 2005, true copies of Defendants' Initial Disclosures Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure were served, by hand delivery, on the following counsel of record, at the address indicated:

R. Judson Scaggs, Jr., Esquire
William J. Lafferty, Esquire
Jerry C. Harris, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

POTTER ANDERSON & CORROON LLP

By:   /s/ John E. James
Gregory A. Inskip (ID No. 270)
John E. James (ID No. 996)
Hercules Plaza - 6th Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
E-Mail:   ginskip@potteranderson.com
jjames@potteranderson.com

*Attorneys for Defendants*

712313/29380

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that, on December 21, 2005, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following, and the document is available for viewing and downloading from CM/ECF:

>R. Judson Scaggs, Jr., Esquire
>William J. Lafferty, Esquire
>Jerry C. Harris, Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>Wilmington, DE  19801

>/s/ John E. James
>John E. James (#996)
>Potter Anderson & Corroon LLP
>Hercules Plaza - 6th Floor
>1313 North Market Street
>Wilmington, DE  19801
>Telephone:  (302) 984-6000
>E-Mail:   ginskip@potteranderson.com
>          jjames@potteranderson.com