IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QCP INVESTORS, LLC, QCP INVESTORS II, LLC and QUAD-C MANAGEMENT, INC., <br><br>      Plaintiffs and <br>      Counterclaim Defendants, <br><br>v. <br><br>ARTHUR J. KOHLER, JR., GARY ANKERFELT, EMIL MAROTZKE and ROBERT LARKIN, <br><br>      Defendants and <br>      Counterclaim Plaintiffs. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-542-KAJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on December 21, 2005, true copies of Plaintiffs' Initial Disclosures Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure were served, by hand delivery, on the following counsel of record, at the address indicated:

    Gregory A. Inskip
    John E. James
    Potter Anderson & Corroon LLP
    1313 North Market Street
    Wilmington, DE 19801

                                    MORRIS, NICHOLS, ARSHT & TUNNELL

                                    /s/
                                    R. Judson Scaggs, Jr. (#2676)
                                    William M. Lafferty (#2755)
                                    Jerry C. Harris, Jr. (#4262)
                                    1201 N. Market Street
                                    Wilmington, Delaware 19801
                                    (302) 658-9200
                                        Attorneys for Plaintiffs and Counterclaim
                                        Defendants QCP Investors, LLC, QCP Investors
                                        II, LLC And Quad-C Management, Inc.

December 21, 2005

## CERTIFICATE OF SERVICE

I, Jerry C. Harris, Jr., hereby certify that on December 21, 2005, I electronically filed this **Notice of Service,** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

> Gregory A. Inskip
> John E. James
> Potter Anderson & Corroon LLP
> 1313 North Market Street
> Wilmington, DE  19801

_____
Jerry C. Harris, Jr. (#4262)

498897