# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QCP INVESTORS, LLC, QCP INVESTORS II, LLC, and QUAD-C MANAGEMENT, INC., )<br>  Plaintiffs, )<br>  v. )<br> )<br>ARTHUR J. KOHLER, JR., GARY ANKERFELT, EMIL MAROTZKE, and ROBERT LARKIN, )<br> )<br>  Defendants and<br>  Counter-claim Plaintiffs. ) | Civil Action No. 05-542 (KAJ) |

## STIPULATED ORDER
## AMENDING CASE SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, subject to the approval of the Court, that paragraph 2 of the Court's November 29, 2005 Case Scheduling Order is hereby amended to provide that the joinder of other parties and the amendment of pleadings shall be completed on or before February 28, 2006, instead of January 31, 2006.

(INTENTIONALLY LEFT BLANK)

2

| MORRIS NICHOLS ARSHT & TUNNELL | POTTER ANDERSON & CORROON LLP |
|---|---|
| By  /s/ William M. Lafferty<br>    R. Judson Scaggs, Jr. (ID No. 2676)<br>    William M. Lafferty (ID No. 2755)<br>    Jerry C. Harris (ID No. 4262)<br>    1201 North Market Street<br>    Wilmington, DE  19801<br>    Telephone:  (302) 658-9200<br>    E-Mail:   rscaggs@mnat.com<br>              wlafferty@mnat.com<br>              jharris@mnat.com | By:/s/ John E. James<br>    Gregory A. Inskip (ID No. 270)<br>    John E. James (ID No. 996)<br>    Hercules Plaza - 6th Floor<br>    1313 North Market Street<br>    Wilmington, DE  19801<br>    Telephone:  (302) 984-6000<br>    E-Mail:   ginskip@potteranderson.com<br>              jjames@potteranderson.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants/Counter-claim Plaintiffs* |

Dated: January 19, 2006
715309/29380

IT IS SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that, on January 19, 2006, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following, and the document is available for viewing and downloading from CM/ECF:

>R. Judson Scaggs, Jr., Esquire
>William J. Lafferty, Esquire
>Jerry C. Harris, Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>Wilmington, DE  19801

>/s/ John E. James
>John E. James (#996)
>Potter Anderson & Corroon LLP
>Hercules Plaza - 6th Floor
>1313 North Market Street
>Wilmington, DE  19801
>Telephone:  (302) 984-6000
>E-Mail:    jjames@potteranderson.com