### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QCP INVESTORS, LLC, QCP INVESTORS II, LLC, and QUAD-C MANAGEMENT, INC., </br>         Plaintiffs, </br>    v. </br></br>ARTHUR J. KOHLER, JR., GARY ANKERFELT, EMIL MAROTZKE, and ROBERT LARKIN, </br></br>         Defendants and </br>         Counter-claim Plaintiffs. | Civil Action No. 05-542 (KAJ) |

### STIPULATED ORDER
### AMENDING CASE SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, subject to the approval of the Court, that paragraph 2 of the Court's November 29, 2005 Case Scheduling Order (as previously amended by Stipulation and Order Amending Case Scheduling Order dated January 20, 2006) is hereby amended to provide that the joinder of other parties and the amendment of pleadings shall be completed on or before March 31, 2006, instead of February 28, 2006.

| MORRIS NICHOLS ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ William M. Lafferty* | */s/ John E. James* |
| William M. Lafferty (ID No. 2755) </br> Jerry C. Harris (ID No. 4262) </br> 1201 North Market Street </br> Wilmington, Delaware  19801 </br> (302) 658-9200 </br> wlafferty@mnat.com </br> jharris@mnat.com </br> *Attorneys for Plaintiffs* | Gregory A. Inskip (ID No. 270) </br> John E. James (ID No. 996) </br> Hercules Plaza - 6th Floor </br> 1313 North Market Street </br> Wilmington, Delaware  19801 </br> (302) 984-6000 </br> ginskip@potteranderson.com </br> jjames@potteranderson.com </br> *Attorneys for Defendants/Counter-claim Plaintiffs* |

Dated:  February 22, 2006

2

      IT IS SO ORDERED this \_\_\_\_\_ day of _____, 2006.

      _____
      United States District Court Judge