## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QCP INVESTORS, LLC, QCP INVESTORS II, LLC, and QUAD-C MANAGEMENT, INC., | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Civil Action No. 05-542 (KAJ) |
| ARTHUR J. KOHLER, JR., GARY ANKERFELT, EMIL MAROTZKE, and ROBERT LARKIN, | ) ) ) ) | |
| Defendants and Counter-claim Plaintiffs. | ) ) | |

## STIPULATED ORDER
## AMENDING CASE SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, subject to the approval of the Court, that paragraph 2 of the Court's November 29, 2005 Case Scheduling Order (as previously amended by Stipulation and Order Amending Case Scheduling Order dated February 23, 2006) is hereby amended to provide that the joinder of other parties and the amendment of pleadings shall be completed on or before April 28, 2006, instead of March 31, 2006.

(INTENTIONALLY LEFT BLANK)

MORRIS NICHOLS ARSHT & TUNNELL LLP          POTTER ANDERSON & CORROON LLP

*/s/ Jerry C. Harris, Jr.*                                   */s/ John E. James*

_____          _____

R. Judson Scaggs, Jr. (ID No. 2676)          Gregory A. Inskip (ID No. 270)
William M. Lafferty (ID No. 2755)             John E. James (ID No. 996)
Jerry C. Harris, Jr. (ID No. 4262)            Hercules Plaza - 6th Floor
1201 North Market Street                      1313 North Market Street
Wilmington, Delaware  19801                   Wilmington, Delaware  19801
(302) 658-9200                                (302) 984-6000
rscaggs@mnat.com                              ginskip@potteranderson.com
wlafferty@mnat.com                            jjames@potteranderson.com
jharris@mnat.com                              *Attorneys for Defendants/Counter-claim*
*Attorneys for Plaintiffs*                     *Plaintiffs*


OF COUNSEL:

Robert E. Tiedemann
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York  10036
(212) 819-8200


Dated: March 22, 2006


                    IT IS SO ORDERED this _____ day of _____, 2006.


                              _____
                              United States District Court Judge


2