## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QCP INVESTORS, LLC, QCP INVESTORS II, LLC, and QUAD-C MANAGEMENT, INC., | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Civil Action No. 05-542 (KAJ) |
| ARTHUR J. KOHLER, JR., GARY ANKERFELT, EMIL MAROTZKE, and ROBERT LARKIN, | ) ) ) ) | |
| Defendants and Counter-claim Plaintiffs. | ) ) ) | |

### INTERIM STATUS REPORT

Pursuant to the Court's Scheduling Order of November 29, 2005, the parties hereby present their Interim Status Report.

1.     The parties have reached an agreement-in-principle to voluntarily settle the lawsuit. Counsel for the parties are presently drafting a Settlement Agreement. Assuming the settlement is consummated, the parties expect shortly to file a Stipulation and Order of Dismissal Without Prejudice.

2.     The parties previously have stipulated to adjourn the date to amend the pleadings and/or join additional parties from January 31, 2006 to March 31, 2006. To avoid unnecessary filings and litigation expense, and to allow the parties time to negotiate and finalize a settlement, the parties have further stipulated to adjourn the date to amend the pleadings and/or join additional parties to April 28, 2006. An executed stipulation to such effect is included with this interim status report and the parties respectfully request that the stipulation be so ordered.

3.     The Court has scheduled a telephonic Status Conference for March 29, 2006 at 4:30 p.m. The parties believe that the Status Conference scheduled for March 29, 2006 should

be taken off the Court's calendar in light of the above referenced agreement in principle to settle the lawsuit.

MORRIS NICHOLS ARSHT & TUNNELL LLP

*/s/ Jerry C. Harris, Jr.*

R. Judson Scaggs, Jr. (ID No. 2676)
William M. Lafferty (ID No. 2755)
Jerry C. Harris, Jr. (ID No. 4262)
1201 North Market Street
Wilmington, Delaware 19801
(302) 658-9200
rscaggs@mnat.com
wlafferty@mnat.com
jharris@mnat.com
*Attorneys for Plaintiffs*


OF COUNSEL:

Robert E. Tiedemann
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200


Dated: March 22, 2006

POTTER ANDERSON & CORROON LLP

*/s/ John E. James*

Gregory A. Inskip (ID No. 270)
John E. James (ID No. 996)
Hercules Plaza - 6th Floor
1313 North Market Street
Wilmington, Delaware 19801
(302) 984-6000
ginskip@potteranderson.com
jjames@potteranderson.com
*Attorneys for Defendants/Counter-claim Plaintiffs*