IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QCP INVESTORS, LLC, QCP INVESTORS II, LLC, and QUAD-C MANAGEMENT, INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> ARTHUR J. KOHLER, JR., GARY ANKERFELT, EMIL MAROTZKE, and ROBERT LARKIN, <br><br> Defendants and Counterclaimants. | Civil Action No. 05-542-KAJ |

## ORDER

At Wilmington this **28th** day of **March, 2006**,

IT IS HEREBY ORDERED that the status teleconference presently set for **March 29, 2006 at 4:30 p,m.** is hereby rescheduled to **April 13, 2006 at 9:30 a.m.**

Counsel for Plaintiff shall initiate the call.

_____
UNITED STATES DISTRICT JUDGE