# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jerry C. Harris, Jr.
302 351 9289
302 498 6204 Fax
jharris@mnat.com

May 3, 2006

**VIA E-FILING**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

Re:   *QCP Investors, LLC, et al. v. Kohler, et al., C.A. No. 05-542 KAJ*

Dear Judge Jordan:

We represent Plaintiffs QCP Investors, LLC, QCP Investors II, LLC and Quad-C Management, Inc. in the above referenced case, and write with the agreement of counsel for Defendants Arthur J. Kohler, Jr., Gary Ankerfelt, Emil Marotzke and Robert Larkin.

We write to advise the Court that a Settlement Agreement has been signed resolving all issues in dispute in the action. Among other terms, the Settlement Agreement provides for an initial payment to be made within thirty days from today. Five days after such payment is received, counsel for the parties will file a Stipulation of Dismissal Without Prejudice.

Counsel for the parties are available at the Court's convenience, if Your Honor has any questions regarding this matter.

Respectfully,

Jerry C. Harris, Jr. (#4262)

cc:   Clerk, U.S. District Court
      John E. James, Esquire
      Robert E. Tiedemann, Esquire