# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QCP INVESTORS, LLC, QCP INVESTORS II, LLC, and QUAD-C MANAGEMENT, INC., | : : : : | |
| Plaintiffs and Counterclaim Defendants, | : : : | |
| v. | : : | Civil Action No. 05-542-KAJ |
| ARTHUR J. KOHLER, JR., GARY ANKERFELT, EMIL MAROTZKE, and ROBERT LARKIN, | : : : : | |
| Defendants and Counterclaimants. | : : : | |

## **ORDER**

At Wilmington this **13th** day of **June, 2006**,

IT IS ORDERED that the mediation conference scheduled for Tuesday, September 12, 2006 beginning at 9:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE