**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| QCP INVESTORS, LLC, QCP INVESTORS II, LLC, and QUAD-C MANAGEMENT, INC., | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 05-542 (KAJ) |
| | ) | |
| ARTHUR J. KOHLER, JR., GARY ANKERFELT, EMIL MAROTZKE, and ROBERT LARKIN, | ) ) ) | |
| | ) | |
| Defendants and Counter-claim Plaintiffs. | ) ) | |

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, by and among counsel for the parties, subject to the approval of the Court, that the above-captioned action is hereby dismissed without prejudice.

MORRIS NICHOLS ARSHT & TUNNELL LLP    POTTER ANDERSON & CORROON LLP

/s/ *Jerry C. Harris, Jr.*
William M. Lafferty (ID No. 2755)
Jerry C. Harris, Jr. (ID No. 4262)
1201 North Market Street
Wilmington, Delaware 19801
(302) 658-9200
wlafferty@mnat.com
jharris@mnat.com
*Attorneys for Plaintiffs*

/s/ *John E. James*
Gregory A. Inskip (ID No. 270)
John E. James (ID No. 996)
Hercules Plaza - 6th Floor
1313 North Market Street
Wilmington, Delaware 19801
(302) 984-6000
ginskip@potteranderson.com
jjames@potteranderson.com
*Attorneys for Defendants/Counter-claim Plaintiffs*

Dated: June 15, 2006

IT IS SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Kent A. Jordan