

COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QCP INVESTORS, LLC, QCP INVESTORS II, LLC, and QUAD-C MANAGEMENT, INC., <br> Plaintiffs, <br> v. <br><br> ARTHUR J. KOHLER, JR., GARY ANKERFELT, EMIL MAROTZKE, and ROBERT LARKIN, <br><br> Defendants and <br> Counter-claim Plaintiffs. | Civil Action No. 05-542 (KAJ) |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, by and among counsel for the parties, subject to the approval of the Court, that the above-captioned action is hereby dismissed without prejudice.

MORRIS NICHOLS ARSHT & TUNNELL LLP        POTTER ANDERSON & CORROON LLP

/s/ Jerry C. Harris, Jr.
William M. Lafferty (ID No. 2755)
Jerry C. Harris, Jr. (ID No. 4262)
1201 North Market Street
Wilmington, Delaware 19801
(302) 658-9200
wlafferty@mnat.com
jharris@mnat.com
*Attorneys for Plaintiffs*

/s/ John E. James
Gregory A. Inskip (ID No. 270)
John E. James (ID No. 996)
Hercules Plaza - 6th Floor
1313 North Market Street
Wilmington, Delaware 19801
(302) 984-6000
ginskip@potteranderson.com
jjames@potteranderson.com
*Attorneys for Defendants/Counter-claim Plaintiffs*

Dated: June 15, 2006

IT IS SO ORDERED this 16th day of June, 2006.

The Honorable Kent A. Jordan